UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA

    - v. -

HECTOR RIVERA,

    Defendant.

------------------------------------------------------------x

**ORDER**

16 Cr. 066-1 (AT)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2020

    WHEREAS, the Government has requested access to certain portions of the case file maintained by the U.S. Probation Office for this District for the defendant, Hector Rivera, including records of communications and supervising activity, so as to prepare for any hearing concerning a reported violation of the conditions of supervised release by the defendant and to comply with the Government's obligations pursuant to the Federal Rules of Criminal Procedure; *Brady v. Maryland*, 373 U.S. 83 (1963); *United States v. Giglio*, 405 U.S. 763 (1972), and its progeny; and Title 18, United States Code, Section 3500;

    IT IS HEREBY ORDERED that the U.S. Probation Office for this District provide a copy of portions of the case file maintained for the defendant, Hector Rivera, for the period March 1, 2019, through the present, as well as any documents relating to the commencement of the term of supervised release, and including copies of communications and supervising activity, to Assistant United States Attorney Kaylan E. Lasky, for her review.

SO ORDERED:

Dated:    February 13, 2020
            New York, New York

_____
HON. ANALISA TORRES
United States District Judge