UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

HECTOR RIVERA,

         Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/19/2020_____

16 Cr. 66 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  The evidentiary hearing scheduled for February 20, 2020 is ADJOURNED to **March 5, 2020**, at **9:00 a.m.**

  SO ORDERED.

Dated: February 19, 2020
    New York, New York

_____
ANALISA TORRES
United States District Judge