USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/30/2020____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

    -against-

HECTOR RIVERA,

        Defendant.

16 Cr. 66 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Defendant has requested that he be released on bail pending his violation of supervised release hearing. ECF No. 45. Defendant having waived his right to appear at the bail hearing, *see* ECF Nos. 45 and 48, and the parties informing the Court of their position that the Court can, consistent with the U.S. Constitution and the Federal Rules of Criminal Procedure, conduct a telephonic proceeding to address Defendant's bail motion, it is hereby ORDERED that a telephonic bail hearing shall be held on **April 1, 2020**, at **11:00 a.m.**

    The call-in information is as follows: 888-398-2342 or 215-861-0674, access code: 5598827.

    SO ORDERED.

Dated: March 30, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge