```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/5/2020____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

HECTOR RIVERA,

                  Defendant.

16 Cr. 66 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 24, 2020, the parties submitted a joint letter informing the Court that Defendant (1) intends to admit to two of the specifications alleged in the January 22, 2020 violation report issued by the U.S. Probation Office and (2) consents to proceeding telephonically. ECF No. 50. Accordingly, it is hereby ORDERED that the parties shall appear for a telephonic change of plea and sentencing hearing, on **May 11, 2020**, at **12:00 p.m.**

    The call-in information is as follows: 888-398-2342 or 215-861-0674, access code: 5598827.

    SO ORDERED.

Dated: May 5, 2020
       New York, New York

                                              ANALISA TORRES
                                       United States District Judge