UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

HECTOR RIVERA,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/12/2020____

16 Cr. 66 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On May 11, 2020, Defendant admitted to Specifications Three and Four of the violation report issued by the U.S. Probation Office, dated January 22, 2020, and was sentenced to time served and three months' supervised release, with the special condition of home incarceration with electronic monitoring. *See* Judgment, ECF No. 53.

      Upon his release from the Bureau of Prisons, Defendant is directed to self-quarantine for a period of 14 days in light of the COVID-19 pandemic. Defendant shall report to the Probation Department on **May 26, 2020**, at **10:00 a.m.** The three-month term of supervised release shall commence upon his release from the Bureau of Prisons.

      SO ORDERED.

Dated: May 12, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge